# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: June 3, 2020
Index # 1:20-cv-02464-RPK-SMG

*Rodrigo Antonio Zuniga Cespedes, individually and on behalf of others similarly situated* — Plaintiff

against

*Newmark Wood Working Group Inc. (d/b/a Newmark Furniture), et ano.* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

____Felix Correa____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____June 5, 2020____, at ____10:00 AM____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

____Newmark Wood Working Group Inc____, the Defendant in this action, by delivering to and leaving with ____Nancy Dougherty____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: ____

Sworn to before me on this
__5th__ day of June 2020

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

Felix Correa
**Attny's File No.**
Invoice·Work Order # S1840049

*SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201*