UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODRIGO ANTONIO ZUNIGA CESPEDES, *individually and on behalf of others similarly situated,*<br><br>                          *Plaintiff,*<br><br>-against-<br><br>NEWMARK WOOD WORKING GROUP INC. (D/B/A NEWMARK FURNITURE ) and RON MARKS ,<br><br>                          *Defendants.* | 20-cv-02464<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

    TO:    DOUGLAS C. PALMER
              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK

Please enter the default of Newmark Wood Working Group INC. (d/b/a Newmark Furniture) and Ron Marks, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: New York, New York
          January 22, 2021

                                                  /s/ Michael Faillace
                                                  Michael Faillace, Esq.
                                                  MICHAEL FAILLACE &AMP;ASSOCIATES, P.C.
                                                  60 East 42nd St., Suite 4510
                                                  New York, New York 10165
                                                  Tel: (212) 317-1200