UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

RODRIGO ANTONIO ZUNIGA CESPEDES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

Plaintiff(s)

Index #: 1:20-CV-02464-VMS

-against-

Date Filed:

NEWMARK WOOD WORKING GROUP INC. ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 29, 2021 at 10:47 AM at

47 EAST BEECH STREET
LONG BEACH, NY 11561

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT on RON MARKS, the defendant/respondent therein named,

| | |
|---|---|
| **AFFIXING TO DOOR** | by affixing a true copy/copies of each to the door of said premises, which is the  defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the  defendant/respondent or a person of suitable age and discretion, thereat, having made attempt(s) on: |

July 23, 2021  AT  6:24 PM          July 24, 2021  AT  2:22 PM
July 29, 2021  AT  10:47 AM

| | |
|---|---|
| **MAILING** | Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the  defendant's/respondent's last known residence at |

47 EAST BEECH STREET
LONG BEACH, NY 11561

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 29, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Spoke with SASHA BELOV, NEIGHBOR at 63 EAST BEECH STREET who stated that the  defendant/respondent lives at the aforementioned address but was unable to divulge the  defendant's/respondent's place of employment.

| | |
|---|---|
| **MILITARY SERVICE** | Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act. |

Sworn to me on:  July 29, 2021

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY  10007

**BRUCE KUSTKA**

Docket #:      *1193372*