# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: July 1, 2021<br>Index # 1:20-cv-02464-RPK-VMS |

*Rodrigo Antoni Zuniga Cespedes, individually and on behalf of others similarly situated*     Plaintiff(s)

against

*Newmark Wood Working Group Inc. (d/b/a Newmark Furniture), et ano.*     Defendant(s)

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 7, 2021_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and First Amended Complaint

on

_____Newmark Wood Working Group Inc._____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __125lbs__ Approx. Ht: __5'1__
Color of skin: __White__ Hair color: __Red/Blonde__ Sex: __Female__ Other: _____

Sworn to before me on this

__7th__ day of July 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1862252

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**