## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODRIGO ANTONIO ZUNIGA CESPEDES, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>NEWMARK WOOD WORKING GROUP INC. (D/B/A NEWMARK FURNITURE ) and RON MARKS,<br><br>*Defendants.* | Case No. **20-cv-02464(RPK)(VMS)**<br><br>**CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Newmark Wood Working Group INC. (d/b/a Newmark Furniture) has not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of defendant Newmark Wood Working Group INC. (d/b/a Newmark Furniture) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      February 3, 2022

                                          **BRENNA B. MAHONEY**
                                             Clerk of the Court

                                    By: *Jalitza Poveda*
                                           Deputy Clerk

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RODRIGO ANTONIO ZUNIGA CESPEDES, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>NEWMARK WOOD WORKING GROUP INC. (D/B/A NEWMARK FURNITURE ) and RON MARKS ,<br><br>*Defendants.* | Case No. **20-cv-02464**<br><br>**CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Ron Marks has not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of defendant Ron Marks is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      February 3, 2022

                                          **BRENNA B. MAHONEY**
                                            Clerk of the Court

                                  By: _____*Jalitza Poveda*_____
                                                     Deputy Clerk